Paul F. Eckstein (001822)
H. Michael Clyde (009647)
Todd R. Kerr (013286)
PERKINS COIE BROWN & BAIN P.A.
2901 N. Central Avenue, Ste. 2000
Phoenix, Arizona  85012
(602) 351-8000

Attorneys for the Lewis and Roca Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW LEFT, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>YP Corp, et al.,<br><br>            Defendants. | No. CV 05-0078 PHX MS<br><br>**NOTICE OF PLAINTIFFS' FAILURE TO COMPLY WITH SEPTEMBER 22, 2005 ORDER**<br><br>**-and-**<br><br>**RENEWED MOTION TO DISMISS**<br><br>(Hon. Morton Sitver) |

      On September 22, 2005, this Court issued an Order granting defendants' motion to dismiss the Complaint in this action and granting plaintiffs leave to replead within twenty (20) days.  Plaintiffs were also ordered to post a security bond in the amount of $5,000 within fourteen (14) days.  At plaintiffs' request, these deadlines were extended an additional ten (10) days, or until October 20 for the bond and October 27 for any Amended Complaint. [10/11/05 Order]

      Plaintiffs failed to meet both deadlines.  To date, moreover, plaintiffs still have not posted any bond to secure defendants' costs as required by this Court's orders.  Nor have they filed any Amended Complaint.  Such inaction confirms plaintiffs' unwillingness to

abide by this Court's Orders and their inability to cure the numerous defects in the Complaint, as demonstrated by defendants' motion to dismiss. Accordingly, defendants respectfully renew their request that plaintiffs' Complaint be dismissed, this time with prejudice.

A form of order accompanies this Notice and Renewed Motion to Dismiss.

October 28, 2005.                                            PERKINS COIE BROWN & BAIN P.A.


By  s/ Todd R. Kerr
    Paul F. Eckstein
    H. Michael Clyde
    Todd R. Kerr
    2901 N. Central Avenue, Ste. 2000
    Phoenix, Arizona  85012

Attorneys for the Lewis and Roca Defendants

CERTIFICATE OF SERVICE

☒ I hereby certify that on October 28, 2005, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William G. Klain:   sharl@lang-baker.com

Kent A. Lang:   sharl@lang-baker.com

Justin M. Pearson:   justinp@fdn.com

☒ I hereby certify that on October 28, 2005, I served the attached document by [first class mail] on Judge Sitver, United States District Court of Arizona, Sandra Day O'Connor U.S. Courthouse, 401 West Washington, SPC-1 Street, Phoenix, Arizona 85003-2118.

s/ Susan Allen